IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. 6:12CR27 |
| | § | |
| PEDRO GONZALEZ, III, (01) | § | |
|     aka "Bibo" | § | |

## FACTUAL RESUME

IT IS HEREBY STIPULATED by **Pedro Gonzalez, III, aka "Bibo,"** the defendant herein, that the following facts are true and correct, and that the defendant understands and agrees, with the express consent of counsel, Kelly Pace, that this factual resume may be used by the Court to determine whether his plea is voluntary and knowing and by the probation officer and Court to determine an appropriate sentence for the offenses to which he is pleading guilty:

1. On occasions during the time frame alleged in Count One of the indictment, I agreed with numerous other persons to acquire and distribute cocaine in the Eastern District of Texas and elsewhere.

2. I admit that I distributed and/or joined with others in distributing less than 500 grams of a mixture or substance containing a detectable amount of cocaine.

3. I knew that my conduct was unlawful and I willfully participated in the distribution.

4. I agree that the value of the cocaine for which I was responsible was at least $2,500 and further agree that the United States is entitled to a cash proceeds money judgment against me in that amount.

I have read this factual resume and the plea agreement in this matter and have reviewed them with my client. Based upon my discussions with defendant, I am satisfied that he understands the terms and effects of the factual resume and the plea agreement and has signed this factual resume voluntarily.

Dated: 9/10/12

_____
KELLY PACE
Attorney for Defendant

I have read (or had read to me) the factual resume and have carefully reviewed every part of it with my attorney. I fully understand and voluntarily agree to it.

Dated: 9/10/12

_____
PEDRO GONZALEZ, III
Defendant